UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. E. M., | Case No. 2:26-cv-01763 CV (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ERNESTO SANTA CRUZ, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), the Order Regarding Screening of Petition (Dkt. No. 12), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16). Petitioner did not respond to the Order Regarding Screening of Petition or file objections to the Report and Recommendation. The deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 16);

2.  The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, comply with court orders, and establish jurisdiction; and

3.  Judgment is to be entered accordingly.

DATED:  5/12/26

*Cynthia Valenzuela*

THE HONORABLE CYNTHIA VALENZUELA
United States District Judge

2