JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| D. E. M., | Case No. 2:26-cv-01763 CV (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| ERNESTO SANTA CRUZ, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the action dismissed.

DATED:  5/12/26

*Cynthia Valenzuela*

THE HONORABLE CYNTHIA VALENZUELA
United States District Judge